IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01997-PSF-CBS

MICHAEL OLEA,

    Plaintiff,

v.

FORTIS INSURANCE COMPANY, a/k/a Time Insurance Company,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that parties' Joint Motion to Alter or Amend the Scheduling Order (*doc. no. 17)* is **GRANTED**.  The scheduling order is modified as follows:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **July 2, 2007** |
| Rule 26(a)(2) REBUTTAL expert disclosures | **July 27, 2007** |
| Discovery deadline | **August 29, 2007** |
| Dispositive motion deadline | **October 1, 2007** |
| Final pretrial conference | **February 12, 2008 at 10:00 a.m.** |
| Deadline to submit proposed final pretrial order | **5 days prior to the scheduled conference** |

**DATED:**    April 16, 2007