IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01997-PSF-CBS

MICHAEL OLEA,

    Plaintiff,

v.

FORTIS INSURANCE COMPANY, a/k/a Time Insurance Company,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that parties' Joint Motion to Vacate and Reset Settlement Conference (*doc. no. 23)* is **GRANTED**.  The settlement conference set for June 21, 2007, is **VACATED**. Unfortunately, the court is not available on the parties' proposed dates of July 17-20 or July 23-25 to reset the conference.

    Therefore, counsel are directed to create a conference call and contact Chambers (303.844.2117) to find a mutually agreeable date for resetting the settlement conference.

**DATED:**     June 18, 2007