**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01997-PSF-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: June 25, 2007** | **Courtroom Deputy:** Ben Van Dyke |

MICHAEL OLEA,    Aaron W. Barrick, via telephone

    **Plaintiff,**

v.

FORTIS INSURANCE COMPANY, a/k/a    Kerri Atencio, via telephone
TIME INSURANCE COMPANY,

    **Defendant.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:      10:07 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:   The Joint Motion to Alter or Amend the Scheduling Order [filed June 18, 2007; doc. 26] is granted for the reasons stated on the record.**

    Discovery Cut-off:  **October 26, 2007.**
    Dispositive Motions deadline:  **November 16, 2007.**
    Parties shall designate affirmative experts **on or before August 31, 2007.**
    Parties shall designate rebuttal experts **on or before October 1, 2007.**
    Deadline for serving written discovery:  **September 21, 2007.**

**FINAL  PRETRIAL CONFERENCE**  is **vacated and reset for March 20, 2008 at 9:15 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

HEARING CONCLUDED.

**Court in Recess:      10:17 a.m.**
Total In-Court Time:    00:10