IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01997-PSF-CBS

MICHAEL OLEA,

    Plaintiff,

v.

FORTIS INSURANCE COMPANY, a/k/a Time Insurance Company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

    THIS MATTER is before the Court on plaintiff's Motion to Dismiss With Prejudice (Dkt. # 38).  The Court having considered the motion to dismiss, hereby

    ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

    DATED:  October 1, 2007

                                                      BY THE COURT:

                                                      *s/ Phillip S. Figa*

                                                      _____
                                                      Phillip S. Figa
                                                      U.S. District Court Judge